Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

Jeffrey S. Kaufman, Esq. (SBN 122569)
Susan E. Bishop, Esq. (SBN 187253)
BERLINER COHEN
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113
(408) 286-5800
(408) 998-5388 – Facsimile
jsk@berliner.com
susan.bishop@berliner.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>G.R. CLARK, INC., a California corporation; GORDON RAYMOND CLARK, an Individual; and DENNIS GORDON CLARK, an Individual,<br><br>　　　　Defendants. | Case No.: 3:15-cv-00385-VC<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:　April 28, 2015<br>Time:　2:30 p.m.<br>Dept.:　Courtroom 4, 17th Floor<br>　　　　450 Golden Gate Ave.<br>　　　　San Francisco, CA<br>Judge: Honorable Vince Chhabria |

　　　　Plaintiffs and Defendants, by and through their respective counsel of record, hereby respectfully request that the Initial Case Management Conference, currently scheduled for April 28, 2015, be continued for approximately forty-five (45) days, or as soon thereafter as may be convenient for the Court.  GOOD CAUSE exists for the requested continuance as follows:

　　　　1.　　As the Court's records will reflect, this action was filed by Plaintiffs on January 27, 2015 [Dkt. No. 1] to compel Defendants' compliance with its obligations to pay monthly

1 employee contributions to Plaintiffs, along with payment of amounts found due in an audit
2 inspection of Defendants' payroll records, pursuant to Defendants' Collective Bargaining
3 Agreement.

4     2.    Defendants filed an Answer to the Complaint on February 25, 2015 [Dkt. No. 14].

5     3.    Counsel for both Plaintiffs and Defendants are currently engaged in preliminary
6 discussions towards potential resolution of this matter.

7     4.    The parties have an ADR Phone Conference with the Court's Alternative Dispute
8 Resolution Program scheduled for April 22, 2015 [Dkt. No. 17].

9     5.    The parties jointly request a continuance of the Case Management Conference so as
10 to allow the parties to further facilitate settlement of this matter, as both parties desire to resolve
11 this matter without the need for further litigation.

12     6.    This is the first such request made by either party to this matter.

13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

7. There are no issues that need to be addressed by the parties at the currently scheduled Initial Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs and Defendants jointly and respectfully request that the Initial Case Management Conference, currently scheduled for April 28, 2015, be continued for approximately forty-five (45) days, to allow sufficient time for the parties to continue their attempts to resolve this matter outside of litigation.

**SO STIPULATED.**

Dated: April 21, 2015            SALTZMAN & JOHNSON
                                 LAW CORPORATION

                          By:    _____/S/_____
                                 Adrian L. Canzoneri
                                 Attorney for Plaintiffs

Dated: April 21, 2015            BERLINER COHEN

                          By:    _____/S/_____
                                 Susan E. Bishop,
                                 Attorney for Defendants

**IT IS SO ORDERED.**

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Initial Case Management Conference is hereby continued to June 16, 2015, at 10:00 a.m. All related deadlines are extended accordingly.

Date: April 23, 2015             _____
                                 UNITED STATES DISTRICT JUDGE