Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

Jeffrey S. Kaufman, Esq. (SBN 122569)
Susan E. Bishop, Esq. (SBN 187253)
BERLINER COHEN, LLP
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113
(408) 286-5800
(408) 998-5388 – Facsimile
jsk@berliner.com
susan.bishop@berliner.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>G.R. CLARK, INC., a California corporation; GORDON RAYMOND CLARK, an Individual; and DENNIS GORDON CLARK, an Individual,<br><br>   Defendants. | Case No.: 3:15-cv-00385-VC<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO SET MEDIATION DEADLINE; [~~PROPOSED~~] ORDER THEREON**<br><br>Date:  June 16, 2015<br>Time:  10:00 a.m.<br>Dept.:  Courtroom 4, 17th Floor<br>           450 Golden Gate Ave.<br>           San Francisco, CA<br>Judge: Honorable Vince Chhabria |

Plaintiffs and Defendants, by and through their respective counsel of record, hereby respectfully request that the Case Management Conference, currently scheduled for June 16, 2015, in the above-captioned Court, be continued for approximately ninety (90) days, or as soon thereafter as may be convenient for the Court.  GOOD CAUSE exists for the requested continuance as follows:

1. As the Court's records will reflect, this action was filed by Plaintiffs on January 27, 2015 [Dkt. No. 1] to compel Defendants' compliance with its obligations to pay monthly employee contributions to Plaintiffs, along with payment of amounts found due in an audit inspection of Defendants' payroll records, pursuant to Defendants' Collective Bargaining Agreement.

2. Defendants filed an Answer to the Complaint on February 25, 2015 [Dkt. No. 14].

3. On May 15, 2015, Defendants served their first set of Requests for Production of Documents (the "Requests") on Plaintiffs. Plaintiffs are currently in the process of gathering any documents responsive to Defendants' Requests, and counsel for the parties have agreed on a production date of no later than June 19, 2015.

4. In addition, on June 3, 2015, counsel for the parties participated in an ADR Phone Conference with Howard Herman, Director of the Court's ADR Program. During the aforementioned ADR Conference, counsel for the parties agreed to mediate this matter by **September 1, 2015**. This allows Defendants ample time to receive and review the documents produced by Plaintiffs in response to Defendants' Requests, and allows the parties to further their discussions towards resolution of the matter outside of litigation.

5. Thus, the parties jointly request a continuance of the Case Management Conference so as to allow the parties to facilitate the production of documents, and to further facilitate settlement of this matter, either informally or through mediation by the September 1, 2015 deadline. Both parties desire to resolve this matter without the need for further and unnecessary litigation.

///
///
///
///
///
///
///

6. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs and Defendants jointly and respectfully request that the Case Management Conference, currently scheduled for June 16, 2015, be continued for approximately ninety (90) days, to allow sufficient time for the parties to continue their attempts to resolve this matter outside of litigation.

**SO STIPULATED.**

Dated: June 3, 2015					SALTZMAN & JOHNSON
							LAW CORPORATION

					By:	_____/S/_____
						Adrian L. Canzoneri
						Attorney for Plaintiffs

Dated: June 3, 2015					BERLINER COHEN

					By:	_____/S/ _____
						Susan E. Bishop,
						Attorney for Defendants

**IT IS SO ORDERED.**

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Initial Case Management Conference is hereby continued to _____, at _____. All related deadlines are extended accordingly.

Date: _____		_____
						UNITED STATES DISTRICT JUDGE

-3-
**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
**CASE NO.: C15-00385  VC**

6. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs and Defendants jointly and respectfully request that the Case Management Conference, currently scheduled for June 16, 2015, be continued for approximately ninety (90) days, to allow sufficient time for the parties to continue their attempts to resolve this matter outside of litigation.

**SO STIPULATED.**

Dated: June 3, 2015

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____
Adrian L. Canzoneri
Attorney for Plaintiffs

Dated: June 3, 2015

BERLINER COHEN, LLP

By: _____
Susan E. Bishop,
Attorney for Defendants

**IT IS SO ORDERED.**

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Initial Case Management Conference is hereby continued to 9/29/2015, at 10:00 AM. All related deadlines are extended accordingly.

Date: June 5, 2015

_____
UNITED STATES DISTRICT JUDGE